SHELTON HOLDING CORPORATION, Appellant, v. 150 EAST 48TH STREET CORPORATION and LANE OGLE, INC., Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.